E FILED ON 2/2/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
7381 W. Charleston Blvd., Suite 110
Las Vegas, Nevada 89117
(702) 794-0373
Attorney for Debtors
Nevada State Bar no. 3048

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
\* \* \* \* \* \***

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-12690-BAM |
| JOSEPH BALLARD and | ) | Chapter 13 |
| CHERYL BALLARD, | ) | |
| | ) | |
| Debtors. | ) | Date: 3/18/10 |
| | ) | Time: 2:30 p.m. |

**NOTICE OF HEARING RE: APPLICATION FOR COMPENSATION,
REIMBURSEMENT OF EXPENSES NO. 3 AND MOTION FOR PAYMENT AS
ADMINISTRATIVE EXPENSE**

**THE COURT,** the Debtors, the Chapter 13 Trustee, and all creditors and parties in interest are hereby notified of a hearing on an application for compensation and reimbursement of expenses of the Debtors' attorney:

       Applicant:    THOMAS E. CROWE PROFESSIONAL LAW CORPORATION
       Judge:        Bruce A. Markell
       Place:        Foley Federal Building
                       Bankruptcy Courtroom No. 3
                       300 Las Vegas Boulevard South
                       Las Vegas, NV 89101
       Compensation/expenses sought: $1,630.00

Any opposing memorandum must be serviced and filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the

Application, or if you want the court to consider your views on the Application, then you must file

an opposition with the court, and serve a copy on the person making the Application ***no later than***

*15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE** is further given that a supplement, if any, may be filed to the Application for any additional fees incurred after the filing of the notice and prior to the hearing of this Application, on behalf of THOMAS E. CROWE, counsel for Debtors, up to $1,000.00, as set forth in the said supplement.

**NOTICE IS FURTHER GIVEN** that the hearing on said Application will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 3, Las Vegas, Nevada on March 18, 2010, at the hour of 2:30 p.m..

**NOTICE** is further given that approval of this application may result in the suspension of payments to creditors while the administrative claim for compensation is being paid by the Chapter 13 Trustee.

DATED this 2nd day of February, 2010.

/s/ THOMAS E. CR0WE
THOMAS E. CROWE, ESQ.
Attorney for Debtors

###