RICK A. YARNALL, TRUSTEE
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER ST, SUITE 820
LAS VEGAS, NV 89101
(702) 853-4500

E-FILED: 3\30\10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RE:

JOSEPH & CHERYL BALLARD

THOMAS CROWE, ESQ.
Attorney for Debtor(s)

BKS-09-12690-BAM
Chapter 13

PRE-CONFIRMATION MEETING
Meeting Date: 4/29/10
Meeting Time: 8:30 AM

MODIFIED CONFIRMATION HEARING
Hearing Date: 4/29/10
Hearing Time: 1:30 PM

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF POST-CONFIRMED PLAN #4 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of proposed Plan #4 and recommends dismissal for the reason(s) which follow:

(X) Plan has not been proposed in good faith under §1325(a)(3).
(X) Debtor(s) is delinquent in Plan payments pursuant to the proposed Plan in the amount of $815.00 and are responsible for all future payments that become due under the proposed Plan.
(X) Need to provide a copy of the 2009 tax return(s) along with any refund(s) received.
(X) The following corrections need to be made to the proposed plan:
    (X) strike "less debtor attorney fees" in Paragraph 2.20 Class 10.

(X) Other:
1. The next payment of $815.00 will be due on 4/27/10 under the terms of the proposed modified plan.
2. **Trustee will not confirm the proposed Plan #4 prior to the next plan payment being made under the terms of the proposed plan.**
3. Trustee cannot complete his review of the case without the requested information.
4. Trustee reserves the right to make further objections after receipt of the above requested items.

THEREFORE, the Trustee objects to Confirmation for the foregoing reasons and recommends that this case be dismissed.

Date: 3-30-10

RICK A. YARNALL, TRUSTEE

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: ruhgejd                Page 1 of 2                   Date Rcvd: Mar 31, 2010
Case: 09-12690                 Form ID: pdf891              Total Noticed: 36


The following entities were noticed by first class mail on Apr 02, 2010.
db/jdb       +JOSEPH H. BALLARD,    CHERYL BALLARD,    8045 SECRETARIAT LANE,    LAS VEGAS, NV 89123-2057
cr           +Ocwen Loan Servicing, LLC, its assignees and/or su,    c/o McCarthy & Holthus, LLP,
               1770 Fourth Avenue,    San Diego, CA 92101-2607
cr           +PRA Receivables Management LLC,     POB 41067,    Norfolk, VA 23541-1067
cr            WILSHIRE CREDIT CORP,    POB 1650,    PORTLAND, OR 97207-1650
4110902      +AMERICA'S SERVICING CO,     ONE HOME CAMPUS,    DES MOINES, IA 50328-0001
4089744      +AMERICAN EXPRESS,    PO BOX 981535,    EL PASO , TX 79998-1535
4715580       AMERICAN EXPRESS BANK FSB,     C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
4089745      +AMERICAS SERVICING COMPANY,     PO BOX 10328,    DES MOINES , IA 50306-0328
4089747      +AMERICAS SERVICING COMPANY,     PO BOX 10325,    DES MOINES, IA 50306-0325
4089748       BANK OF AMERICA,    PO BOX 30750,    LOS ANGELES, CA 90030-0750
4089749       BANK OF AMERICA,    PO BOX 15026,    WILMINGTON, DE 19850-5026
4152350      +BANK OF AMERICA, N.A.,    PO Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
4089750       CITI BANK/ HOME DEPOT CREDIT,     PO BOX 689100,    DES MOINES, IA 50368-9100
4089751       CITI CARD,    PO BOX 6000,    THE LAKES, NV 89163-6000
4902018      +FIA CARD SERVICES, N.A.,     ATTN: MR. BK,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
4089752     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,
               P.O BOX 21126,    PHILADELPHIA, PA 19114-0326)
4089753      +JOSEPH H. BALLARD JR.,    193 BREENBRIAR TOWNHOUSE WAY,    LAS VEGAS, NV 89121-2457
4089754       JUNIPER CARD SERVICES,    PO BOX 13337,    PHILADELPHIA, PA 19101-3337
4852399      +Jefferson Capital Systems LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
4089755      +MARTIN ALCANTANA,    3847 ALTO AVE.,    LAS VEGAS, NV 89115-3203
4089756      +NATIONAL DEFAULT SERVICING,     2525 EAST CAMELBACK RD.,    STE 200,    PHOENIX , AZ 85016-4224
4089757      +NDSC,    2525 E. CAMELBACK RD, STE 200,    PHOENIX, AZ 85016-4224
4089758      +NEVADA DEPARTMENT OF TAXATION,     555 E. WASHINGTON AVENUE #1300,    LAS VEGAS, NV 89101-1046
4089760       OCWEN LOAN SERVICING, LLC,     PO BOX 785057,    ORLANDO F, FL 32878-5057
4089759       OCWEN LOAN SERVICING, LLC,     PO BOX 785057,    ORLANDO, FL 32878-5057
4108087       Ocwen Loan Servicing,    Attn: Cashiering Department,     P.O. Box 785053,    Orlando, FL 32878-5053
4775362      +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               NORFOLK VA 23541-0914
4089762      +STATE OF NEVADA DEPARTMENT OF MOTOR VEHI,    PUBLIC SAFETY, REG. DIVISION,    555 WRIGHT WAY,
               CARSON CITY, NV 89711-0001
4089743      +THOMAS E. CROWE,    7351 W. CHARLESTON BLVD.,    SUITE 140,    LAS VEGAS, NV 89117-1572
4089763       WILSHIRE CREDIT CORP.,    PO BOX 8517,    PORTLAND , OR 97207-8517
4120516      +Wilshire Credit Corporation,     Attn : Bankruptcy Department,    PO Box 1650,
               Portland OR 97207-1650
The following entities were noticed by electronic transmission on Apr 01, 2010.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Apr 01 2010 01:58:09
               RECOVERY MANAGEMENT SYSTEMS CORPORATION,     25 S.E. SECOND AVENUE,
               INGRAHAM BUILDING, SUITE 1120,    MIAMI, FL 33131-1506
4829019       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 01 2010 02:02:47      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
4089761      +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov
               OFFICE OF THE UNITED STATES TRUSTEE,     300 LAS VEGAS BLVD SO.,    SUITE 4300,
               LAS VEGAS, NV 89101-5803
4771716       E-mail/PDF: BNCEmails@blinellc.com Apr 01 2010 02:02:37      ROUNDUP FUNDING, LLC,    MS 550,
               PO BOX 91121,    SEATTLE, WA 98111-9221
4120088       E-mail/PDF: rmscedi@recoverycorp.com Apr 01 2010 02:03:28
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AMERICA'S SERVICING COMPANY
cr            HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED
cr            SELECT PORTFOLIO SERVICING INC
4089746*     +AMERICAS SERVICING COMPANY,    PO BOX 10328,    DES MOINES, IA 50306-0328
4089742*     +CHERYL BALLARD,    8045 SECRETARIAT LANE,    LAS VEGAS , NV 89123-2057
4089741*     +JOSEPH H. BALLARD,    8045 SECRETARIAT LANE,    LAS VEGAS, NV 89123-2057
                                                                                              TOTALS: 3, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0978-2        User: ruhgejd          Page 2 of 2             Date Rcvd: Mar 31, 2010
Case: 09-12690              Form ID: pdf891        Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2010**                          **Signature:**   _Joseph Speetjens_