Entered on Docket
July 02, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
America's Servicing Company
09-71696

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-12690-bam |
| Joseph H. Ballard and Cheryl Ballard | Date: n/a<br>Time: n/a |
| Debtor(s). | Chapter 13 |

### STIPULATED ORDER VACATING AUTOMATIC STAY

COME NOW, DEBTORS and AMERICA'S SERVICING COMPANY, (hereinafter "Secured Creditor"), by and through their respective counsel, and stipulate as follows:

That the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor America's Servicing Company, its assignees and/or successors in interest, of the subject property, generally described as 8250 N. Grand Canyon Drive, Las Vegas, Nevada 89166.

That the Debtors' most recently confirmed plan does not provide for the retention or payment of the subject property.

That Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.

IT IS SO ORDERED.

Submitted by:

**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

AGREED AS TO FORM & CONTENT:

By_____ 6-25-10
RICK A. YARNALL
701 Bridger Ave., #820
Las Vegas, NV 89101

AGREED AS TO FORM & CONTENT:

_____
Thomas E. Crowe
7381 W. Charleston Blvd. #110
Las Vegas, NV 89117
Attorney for Debtors

###

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
　x　 approved the form of this order　　　\_\_\_\_ disapproved the form of this order
　\_\_\_\_ waived the right to review the order and/or　\_\_\_\_ failed to respond to the document
　\_\_\_\_ appeared at the hearing, waived the right to review the order
　\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　x　 approved the form of this order　　　\_\_\_\_ disapproved the form of this order
　\_\_\_\_ waived the right to review the order and/or　\_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
　\_\_\_\_ approved the form of this order　　　\_\_\_\_ disapproved the form of this order
　\_\_\_\_ waived the right to review the order and/or　\_\_\_\_ failed to respond to the document
　\_\_\_\_ appeared at the hearing, waived the right to review the order
　\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　\_\_\_\_ approved the form of this order　　　\_\_\_\_ disapproved the form of this order
　\_\_\_\_ waived the right to review the order and/or　\_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor